El Pueblo de Puerto Rico, demandante y apelado, *v.* Tomás González, acusado y apelante.

No. 2586.—*Visto:* Noviembre 17, 1925. *Resuelto:* Diciembre 10, 1925.

ARMAS—PORTAR ARMAS PROHIBIDAS—CHAVETA DE TABAQUERO. — Cuando un instrumento—chaveta de tabaquero—se usa fuera del oficio, en momentos y en circunstancias tales en que el portador ninguna relación tiene con el mismo, surge entonces la infracción a la ley.

SENTENCIA de *R. Díaz Cintrón,* J. (Ponce), condenando al acusado por delito de portar armas prohibidas. *Confirmada.*

*Cristino R. Colón,* abogado del apelante; *José E. Figueras,* abogado de *El Pueblo,* apelado.

EL JUEZ ASOCIADO SEÑOR FRANCO SOTO, emitió la opinión del tribunal.

El acusado apela de una sentencia que le impuso la pena de treinta días de cárcel. La acusación es por portar armas prohibidas.

La única alegación para sostener el recurso es la errónea apreciación de la prueba por el juez inferior.

La prueba de cargo tendió a establecer que dos policías se dirigieron al sitio en donde estaba el acusado en momentos en que alteraba la paz. Era entre una y dos de la madrugada y se le ocupó una chaveta. La prueba de descargo sólo establece la ocupación del acusado, de oficio tabaquero.

El apelante trata de sostener que esa ocupación le daba derecho al acusado a llevar el arma por ser inherente a su oficio. Sin embargo, dadas las circunstancias en que fué ocupada, el oficio del acusado no desvirtúa la comisión del delito. Mientras un instrumento que puede causar daño corporal es usado por razón del oficio del que lo emplea y durante su ocupación habitual, la ley nada tiene que intervenir. El hecho en sí es inocente. Pero si el mismo instrumento se usa fuera del oficio, en momentos que el portador ninguna relación tiene con el mismo, surge entonces la infracción de la ley. No es el instrumento solamente lo que da vida al delito; éste nace de las circunstancias que concurran y éstas en el presente caso demuestran una clara violación de la ley.

*La sentencia apelada debe ser confirmada.*

El Juez Asociado Sr. Wolf no intervino en la resolución de este caso.